**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Cheryl L. Jones<br>Debtor(s) | | CHAPTER 13 |
| MIDFIRST BANK<br>Movant<br>vs.<br>Cheryl L. Jones<br>Debtor(s) | | NO. 24-11995 PMM |
| Kenneth E. West<br>Trustee | | 11 U.S.C. Section 362 |

**ORDER**

AND NOW, this 22nd day of July, 2024 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow MIDFIRST BANK and its successor in title to proceed with the ejectment action regarding the premises 813 North 64th Street, Philadelphia, PA 19151. Furthermore, further bankruptcy filings by either Debtor(s) and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent the Moving Party from proceeding with its ejectment action. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Patricia M. Mayer*
Hon. Patricia M. Mayer
United States Bankruptcy Judge.