United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                   Case No. 24-11995-pmm
Cheryl L. Jones                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Oct 22, 2024      Form ID: pdf900      Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Cheryl L. Jones, 813 N. 64th Street, Philadelphia, PA 19151-3402 |
| 14898101 | + | MainLine Auto, 4075 Torresdale Ave., Philadelphia, PA 19124-5020 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Oct 22 2024 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 22 2024 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 22 2024 23:48:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14904407 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 22 2024 23:48:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14916773 | | Email/Text: bnc@atlasacq.com | Oct 22 2024 23:48:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14905601 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 22 2024 23:48:00 | AmeriCredit Financial Services, Inc. dba GM Financ, C/O Mandy Youngblood, PO Box 183853, Arlington, TX 76096-3853 |
| 14926461 | | Email/Text: megan.harper@phila.gov | Oct 22 2024 23:49:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 14898100 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 22 2024 23:48:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14902902 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 23 2024 00:00:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14899872 | ^ | MEBN | Oct 22 2024 23:41:49 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14896552 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 22 2024 23:58:51 | Midfirst Bank, 999 N.W. Grand Blvd. Suite 100, Oklahoma City, OK 73118-6051 |
| 14898103 | ^ | MEBN | Oct 22 2024 23:41:50 | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |

Case 24-11995-pmm    Doc 30    Filed 10/24/24    Entered 10/25/24 00:39:13    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 22, 2024 | Form ID: pdf900 | Total Noticed: 14 |
| TOTAL: 12 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14905241 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14898104 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14898105 | *+ | MainLine Auto, 4075 Torresdale Ave., Philadelphia, PA 19124-5020 |
| 14898102 | *+ | Midfirst Bank, 999 N.W. Grand Blvd. Suite 100, Oklahoma City, OK 73118-6051 |
| 14898106 | *+ | Midfirst Bank, 999 N.W. Grand Blvd. Suite 100, Oklahoma City, OK 73118-6051 |
| 14898107 | *+ | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Cheryl L. Jones Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    CHERYL L. JONES<br><br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 24-11995-PMM |

### ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: October 22, 2024**

*Patricia M. Mayer*

Honorable Patricia M. Mayer
Bankruptcy Judge